**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DOMINICK MARTIN and JOHN PANARESE,

                Plaintiff,
   -against-                                      22 **CIVIL** 10438 (MKV)

                                                      **JUDGMENT**

SECOND STORY PROMOTIONS, INC.,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 26, 2024, the motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 5, 2024

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                            **BY:**

                                                         **Deputy Clerk**